IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 11-CR-30194-MJR |
| ) | |
| STEPHEN KEITH SWEET, ) | |
| ) | |
| Defendant. ) | |

MEMORANDUM AND ORDER

REAGAN, District Judge:

Following a guilty plea on charges of tax evasion and making an illegal payment to a public official, Stephen Sweet (Defendant) was sentenced by this Court. Included in the sentence were certain special conditions of supervision, one of which prohibited Defendant from bidding on governmental contracts unless approved in advance by the Court (Doc. 38, p. 4). On March 4, 2013, the undersigned entered an Order (Doc. 52) *partially* granting Defendant's motion to modify the special condition relating to contract bidding. The Court modified the condition as follows (Doc. 52, p. 4):

> Defendant and his corporations may bid on and receive federal, state, county, and local governmental contracts (including political subdivisions such as schools, water districts, and sewer districts) without prior Court approval *to the extent permitted by applicable statutes, ordinances, and regulations,* including the regulations restricting subcontracting contained in 48 C.F.R. 9.405-2(b), and consistent with all existing or future additional governmental suspensions and debarments received, only if:
>
> > (1) as to any such bids, Defendant notifies the Court (via the U.S. Probation Office for the Southern District of Illinois) within ten calendar days of bidding on (*and* of being awarded) any contract; and

>(2) as part of submitting any bid for contracting or subcontracting, Defendant provides a written Notice stating the nature of his conviction in this Court, the charges against him, the fact he pled guilty thereto, and the fact that as a condition of his sentence he must furnish notice, etc.

The Court permitted the parties to submit proposed wording for the NOTICE referenced is paragraph (2) above, which defense and government counsel did on March 6, 2013 and March 22, 2013, respectively.  The Court now **APPROVES** the following language for the NOTICE required in the modified condition of supervision:

>"Be advised that Stephen K. Sweet, owner of Lake Environmental, Inc. and Abatement Management, Inc., pled guilty to and was adjudged guilty of tax evasion (a violation of 26 U.S.C. § 7201) and making an illegal payment to a public official (a violation of 18 U.S.C. § 201(c)(1)) in the United States District Court for the Southern District of Illinois (*U.S. v. Sweet*, Case No. 11-CR-30194-MJR). Sweet was sentenced to a term of imprisonment as well as the payment of a criminal fine and restitution. The sentence restricted Sweet and his companies from certain government contracting, and Sweet is required to furnish this notice when submitting any bid for contracting or subcontracting."

IT IS SO ORDERED.

DATED March 25, 2013.

>s/ *Michael J. Reagan*
>Michael J. Reagan
>United States District Judge